# EXHIBIT A

# **DECLARATION OF STEPHEN J. QUEZADA**

1.      My name is Stephen J. Quezada. I am over the age of 21 years and am fully competent to make this Declaration. I have never been convicted of a felony or a crime or offense involving moral turpitude. I have personal knowledge of the facts contained in this Declaration, and these facts are true and correct.

2.      I am an attorney licensed to practice law by the State of Texas. My State of Texas Bar Number is 24076195. I am an associate in the law firm of Ogletree, Deakins, Nash, Smoak, & Stewart, P.C. in Houston, Texas, and have been licensed to practice law since 2011.

3.      I have practiced civil litigation, in Harris County, Texas since I was licensed. Through my civil litigation practice in Harris County in state and federal court, I am familiar with and have personal knowledge of the rates of attorneys in the area. I also am familiar with and have personal knowledge of the rates of attorneys in the area with similar years and type of experience as me.

4.      I represent the Lone Star College System in the case styled Larry Loomis-Price v. Lone Star College System. My hourly rate for this matter is $285.00.

5.      My rate is reasonable and typical the rates of attorneys in Harris County for the type of work involved in this case, and with similar levels of experience.

6.      In the defense of this case, to ultimately obtain Plaintiff Larry Loomis-Price's ("Plaintiff") dismissal of all TCHRA claims against Lone Star College System, the following time was expended:

- I spent 0.6 hours reviewing and considering Plaintiff's Original Complaint.

- I spent 0.2 hours confirming the date on which Plaintiff filed his EEOC Charge.

- I spent a combined total of 0.6 hours researching case law on statute of limitations of claims under the Texas Commission on Human Rights Act ("TCHRA").

- I spent a combined total of 0.7 hours drafting and filing an answer in response to Plaintiff's claims specifically under the TCHRA.

- I spent a combined total of 4.5 hours drafting Lone Star College System's Motion for Partial Dismissal.

7. All of the time expended was incurred in defending against Plaintiff's TCHRA claims in the above-captioned litigation, all of which Plaintiff dismissed. My fees for that time expended total to $1,881.

8. I have reviewed the time expended in this matter and, and am of the opinion that it was all reasonably and necessarily incurred in obtaining the result achieved. I also am of the opinion that $1,881 is a reasonable and necessary fee incurred in obtaining the result achieved.

9. I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on May 16, 2017 in Houston, Texas.

                                              */s/ Stephen J. Quezada*
                                              Stephen J. Quezada