# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY LOOMIS-PRICE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-766 |
| | § | |
| LONE STAR COLLEGE SYSTEM, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") entered by Magistrate Judge Nancy Johnson on December 26, 2017. Dkt. 19. Defendant Lone Star College System filed a motion for attorneys' fees. Dkt. 10. Plaintiff Larry Loomis-Price responded. Dkt. 14. The Magistrate Judge recommends denying Lone Star's motion for attorneys' fees. Dkt. 19. Lone Star did not file any objections to the M&R. After reviewing the M&R, the motion, the response, and the applicable law, the court agrees with the Magistrate Judge that Lone Star's motion (Dkt. 10) should be denied. The court finds no clear error on the face of the record. *See* Fed. R. Civ. P. 54(d)(2)(D) (motion for attorneys's fees is referred to a magistrate judge under Rule 72(b); *see also* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Accordingly, the M&R is ADOPTED IN FULL, and Lone Star's motion for attorneys' fees is DENIED.

Signed at Houston, Texas on January 10, 2018.

_____
Gray H. Miller
United States District Judge